435 A.2d 932

Commonwealth v. Walsh, Appellant.

Submitted May 27, 1981. Joseph F. Sklarosky, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

Judgment of sentence affirmed.

435 A.2d 932

Hower, et al., etc., Appellants v. Moyer.

Petition for Allowance of Appeal Denied Nov. 30, 1981.

Argued December 1, 1980. Edward F. Silva, for appellants; John B. Lieberman, III, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.